```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA            :      SEALED ORDER
         v.                         :
ERASMO MARTINEZ,                    :         06 Cr. 1014 (AKH)
                                           S7 06 Cr. 1014 (AKH)
                                    :      S10 06 Cr. 1014 (AKH)
             Defendant.
                                    :
- - - - - - - - - - - - - - - - - - - -x
```

**ORIGINAL**

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Adam S. Hickey;

IT IS HEREBY ORDERED that the Indictment and the Seventh and Tenth Superseding Indictments and arrest warrants in the above-captioned action be temporarily unsealed so that the Government may obtain certified copies of the Arrest Warrants, Indictment, and Superseding Indictments for ERASMO MARTINEZ, in order to apply for his extradition to the United States for prosecution. Once these documents have been certified by the Clerk's Office, they shall be resealed pending further order of this Court.

Dated: New York, New York
       September 11, 2008

_____
THE HONORABLE KEVIN NATHANIEL FOX
UNITED STATE MAGISTRATE JUDGE

Darci Brady
Darci Brady