UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                  :

UNITED STATES OF AMERICA,            :     **SCHEDULING ORDER**

     -against-                                      :     06 Cr. 1014 (AKH)

ERASMO MARTINEZ,

                          Defendant.
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The pre-trial conference scheduled in this matter for September 17, 2025 at 9:45 a.m. will be held in Courtroom 23B of the Daniel Patrick Moynihan U.S. Courthouse.

       SO ORDERED.

Dated:     September 8, 2025                        _____/s/ Alvin K. Hellerstein_____
              New York, New York                       ALVIN K. HELLERSTEIN
                                                                      United States District Judge