LAW OFFICE OF ROBERT OSUNA, PC
11 PARK PLACE, SUITE 1100
NEW YORK, NEW YORK 10007
212.233.1033
ROBERTOSUNAPC@YAHOO.COM

Via ECF

November 6, 2025

Hon. Alvin K. Hellerstein
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*The conf. is adjourned, and time is excluded, to Dec. 10, 2025, 11:30 a.m.*
*11-10-25*

Re:    *USA v. Erasmo Martinez, 06-cr-1014 (AKH)*
       *Adjournment Request with the Consent of the Government*

Dear Judge Hellerstein,

As Your Honor is aware, my office represents Mr. Martinez, the defendant in the above matter.

I am requesting a thirty (30) day adjournment of the appearance currently scheduled for November 12, 2025.

The Government provided an offer to resolve this matter. I presented it to my client, who is considering it, and wanted some time to speak with his family.

I was meant to visit him this past weekend, but due to a family emergency, I was unable to do so.

AUSA Stone and I have conferred, and he consents to my request.

I thank Your Honor for your time and attention to this matter.

Sincerely,

/s/

Law Office of Robert Osuna, PC
By:    Robert Osuna, Esq.