# MEMO ENDORSED

**Law Office of Evan L. Lipton, P.C.**
260 Madison Ave, Floor 22
New York, New York 10016
ell@evanliptonlaw.com
(917) 924-9800

*[handwritten note: The discovery and motion deadlines passed long ago. Present defense counsel appeared on 2/10/26. The requested adjournment is DENIED.]*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-13-26

April 12, 2026

By ECF

Hon. Lewis A. Kaplan
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

*SO ORDERED*

*[signature]*

LEWIS A. KAPLAN, USDJ

4/13/26

**Re: United States v. Erasmo Martinez,**
**06 Cr. 1014 (LAK)**
**Joint Request to Adjourn Status Conference and Waiver of Speedy Trial Time**

Dear Judge Kaplan:

I represent Erasmo Martinez and write, jointly with the government (Assistant United States Attorney William Stone), to request a sixty-day adjournment of the status conference currently scheduled for April 14, 2026.

Mr. Martinez is charged in a four-count indictment (the "SDNY Indictment") with narcotics and firearms violations alleged between 2001 and 2005. Mr. Martinez was incarcerated in the Dominican Republic from 2014 through 2019, and then resided with his father in Santo Domingo, working on the family farm. In October 2024 he was arrested at home pursuant to the SDNY extradition request. Mr. Martinez was represented by retained counsel until my appointment pursuant to the Criminal Justice Act on February 10, 2026. This case was transferred to Your Honor on April 8, 2026.

The requested adjournment is necessary to allow sufficient time to review Rule 16 material, including Spanish-language documents that require translation, and to conduct appropriate investigation, including whether the time served in the Dominican Republic was related to the conduct charged in the SDNY Indictment. The parties agree to the exclusion of time pursuant to the Speedy Trial Act through the adjourned date, and submit that the ends of justice served by granting the adjournment outweigh the interest of the public and the defendant in a speedy trial.