USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10/22/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

-against-

S10 06-cr-1014 (LAK)

ERASMO MARTINEZ,

Defendant.
------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

Defendant is charged with two narcotics counts, a related firearms count, and a money laundering conspiracy count. He pleaded not guilty, initially was represented by retained counsel, and since February 2026 has been represented by counsel appointed under the Criminal Justice Act. The discovery and motions deadlines expired long ago, and trial has been scheduled to begin on December 1, 2026, a date which the Court hereby changes to December 7, 2026.

The Court is in receipt of a voluminous motion filed *pro se* by defendant in which he seeks various relief including among other things production of various documents relating to his extradition to the United States and a previous prosecution in the Dominican Republic as well as a postponement of the trial.

As the Second Circuit repeatedly has made clear,"a criminal defendant has no constitutional or statutory right to represent himself as co-counsel with his own attorney." *Sanders v. United States,* 15-cv-2808 (LAK), 2015 WL 13948671, at *2 (S.D.N.Y. Nov. 4, 2015) (collecting cases) (cleaned up). Such a defendant generally has a choice of one or the other. And while the district court has discretion to permit "hybrid representation," there is no persuasive reason for me to do so here.

Accordingly, defendant's motion is denied without prejudice to any timely motion they may be made by his counsel. In addition, the Court will hold a conference on this case on November 12, 2026 at 10:30 a.m. The government shall produce the defendant for that conference.

SO ORDERED.

Dated: October 22, 2026

Lewis A. Kaplan
United States District Judge